# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

MARTESE JOHNSON,

          Plaintiff,

    v.

DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL, JARED MILLER,
THOMAS CUSTER, JOHN CIELAKIE, and
SHAWN P. WALKER

          Defendants.

Civil Action No.  3:15-cv-00055-GEC

## CONSENT MOTION TO EXTEND TIME FOR BRIEFING

COMES NOW Plaintiff Martese Johnson, with the consent of Defendants  Department of

Alcoholic Beverage Control, Jared Miller, Thomas Custer, John Cielakie, and Shawn P. Walker

(collectively, "Defendants"), by and through the undersigned counsel, in accordance with Rule 6

of the Federal Rules of Civil Procedure and this Court's Local Civil Rule 11, and hereby

respectfully requests that this Court issue an Order extending the Parties' respective deadlines on

Defendants' Motion to Dismiss Complaint, as described in the accompanying Memorandum in

Support.

Enclosed with this Motion is a Memorandum in Support and proposed Consent Order for

the Court's consideration.

Defendants consent to the relief requested in this Motion and to the submission of this

Motion without oral argument, pursuant to Local Civ. R. 11(b).

Dated: November 19, 2015

By: s/ Benjamin G. Chew

Benjamin G. Chew (VSB #29113)
Joshua N. Drian (VSB #82061)
Diana L. Eisner (*pro hac vice* application forthcoming)
Attorney for Plaintiff
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, N.W., Suite 600
Washington, DC  20036
Telephone: (202) 585-6500
Fax: (202) 585-6600
[Email:  BChew@manatt.com]
[Email:  JDrian@manatt.com]
[Email:  DEisner@manatt.com]

John S. Davis (VSB #72420)
Charles E. James (VSB #46310)
Daniel Watkins (VSB #84592)
WILLIAMS MULLEN
Attorney for Plaintiff
200 South 10th Street, Suite 1600
P.O. Box 1320 (23218-1320)
Richmond, Virginia 23219
Telephone: (804) 420-6045
Fax: (804) 420-6507
[Email:  dwatkins@williamsmullen.com]

*Counsel for Plaintiff Martese Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2015, a true and correct copy of the

foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which

will then send a notification of such filing (NEF) to the following counsel of record:


Nicholas F. Simopoulos
General Civil and Trial Unit Manager
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-8199
Facsimile: (804) 371-2087
Email: nsimopoulos@oag.state.va.us


s/ Benjamin G. Chew
Benjamin G. Chew (VSB #29113)
MANATT, PHELPS & PHILLIPS LLP
1050 Connecticut Avenue, Suite 600
Washington D.C. 20036
Telephone: (202) 585-6511
Facsimile: (202) 637-1522
Email: BChew@manatt.com