CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2016

JULIA C. DUDLEY, CLERK
BY: /s/ C. Melvin
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARTESE JOHNSON, | ) |
| Plaintiff, | ) Civil Action No. 3:15-CV-00055 |
| v. | ) **ORDER** |
| DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, et al., | ) Hon. Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

On May 13, 2016, the court held a hearing on defendants' motion to strike. For the reasons stated during the hearing, it is hereby

**ORDERED**

as follows:

1. Defendants' motion to strike (Docket No. 39) is **DENIED**. The court will consider plaintiff's first amended complaint (Docket No. 38) to be timely filed in this matter. Defendants' current responsive pleadings will be deemed sufficient to join any new issue raised in the amended complaint;

2. Should defendants wish to file additional memoranda in response to plaintiff's amended allegations, defendants shall have twenty-one (21) days from the date of this order in which to do so;

3. Thereafter, plaintiff shall have fourteen (14) days to submit a responsive brief;

4. If necessary, defendants shall have seven (7) days to submit their reply brief; and

5. Should either side wish to orally argue any new matters raised, request to schedule such a hearing should be made before the end of the forty-two (42) day period established for

this supplemental briefing schedule. If neither side makes such a request prior to the end of the forty-two (42) day period, the matter shall be deemed submitted.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 16th day of May, 2016.

_____
Chief United States District Judge