CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 13 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARTESE JOHNSON, | ) |
| | ) Civil Action No. 3:15-CV-00055 |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| | ) |
| DEPARTMENT OF ALCOHOLIC | ) Hon. Glen E. Conrad |
| BEVERAGE CONTROL, et al., | ) Chief United States District Judge |
| | ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**;

2. Counts II, IV, VI, and VII are hereby **DISMISSED** as to Agent Cielakie. The Clerk is directed to strike this defendant from the active docket;

3. Count III is hereby **DISMISSED** as to the Department of Alcoholic Beverage Control. The Clerk is also directed to strike this defendant from the active docket.

4. Counts I and V are **DISMISSED**.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 12th day of December, 2016.

/s/ Glen E. Conrad
Chief United States District Judge