# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| Martese Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:15-cv-55-GEC |
| Jared Miller, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Martese Johnson .

Date: 06/04/2018

/s/ Douglas J. Smith
*Attorney's signature*

Douglas J. Smith (VSB No. 88007)
*Printed name and bar number*

Manatt, Phelps & Phillips, LLP
1050 Connecticut Avenue NW, Suite 600
Washington, DC 20036
*Address*

djasmith@manatt.com
*E-mail address*

(202) 585-6508
*Telephone number*

(202) 585-6600
*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of June, 2018, a true and correct copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

Marshall H. Ross
Nicholas F. Simopoulos
Alexander K. Page
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-8199
Facsimile: (804) 371-2087
Email: mross@oag.state.va.us
       nsimopoulos@oag.state.va.us
       apage@oag.state.va.us

                                          /s/ Douglas J. Smith
                                          Douglas J. Smith (VSB #88007)
                                          MANATT, PHELPS & PHILLIPS LLP
                                          1050 Connecticut Avenue, Suite 600
                                          Washington D.C. 20036
                                          Telephone: (202) 585-6508
                                          Facsimile: (202) 637-1522
                                          Email: djasmith@manatt.com